RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/20/2010
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR. NO. 04-30056-01 |
| VERSUS | * | JUDGE JAMES |
| FELIPE CIQUEIROS VISCARRA | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's Motion to Vacate, Set Aside, or Reduce Sentence (Document Nos. 72, 74, 77) is hereby **DENIED**.

THUS DONE AND SIGNED this 20 day of January, 2009, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION